

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Tamala Y. Williams, Appellant

No. 06-23-00019-CR     v.

The State of Texas, Appellee

Appeal from the 372nd District Court of Tarrant County, Texas (Tr. Ct. No. 1650836D). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Tamala Y. Williams, pay all costs incurred by reason of this appeal.

RENDERED MARCH 7, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk